UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ LEON FRAZIER,<br><br>        Petitioner,<br><br>    v.<br><br>W. L. MONTGOMERY,<br><br>        Respondent. | 1:14-cv-01146-JLT (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Doc. 16) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On April 1, 2015, petitioner filed an application to proceed in forma pauperis. Due to the fact that petitioner was authorized to proceed in forma pauperis on July 25, 2014, IT IS HEREBY ORDERED THAT petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

　　Dated:   **April 7, 2015**                                     **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1